UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



EDWARD SMITH

VERSUS

UNITED STATES FEDERAL
GOVERNMENT, ET AL

CIVIL ACTION

NO. 09-478-C

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 3, 2009. Plaintiff has filed an objection which this court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

According, this matter is dismissed with prejudice, pursuant to 28 U.S.C. § 1915A.

Baton Rouge, Louisiana, August 20, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA