UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD SMITH                                        CIVIL ACTION

VERSUS

                                                      NO. 09-478-C

EAST BATON ROUGE PARISH
SCHOOL BOARD

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this matter is dismissed with prejudice, pursuant to 28 U.S.C. § 1915A.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, August     31    , 2009.

                                                 RALPH E. TYSON, CHIEF JUDGE
                                                 MIDDLE DISTRICT OF LOUISIANA