UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD SMITH

VERSUS

UNITED STATES FEDERAL
GOVERNMENT, ET AL

CIVIL ACTION

NO. 09-478-C

## AMENDED JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this matter is dismissed with prejudice, pursuant to 28 U.S.C. § 1915A.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 8, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA